237 (2002), affirming in part, reversing in part, and remanding orders entered 16 November 2000 by Pool, J., in District Court, Transylvania County. Heard in the Supreme Court 12 September 2002.

*Womble Carlyle Sandridge & Rice, P.L.L.C., by Stuart A. Brock, for appellant Guardian ad Litem.*

*Charles W. McKeller for respondent-appellee Cynthia Chatman.*

PER CURIAM.

The decision of the Court of Appeals is reversed for the reasons stated in the dissenting opinion.

REVERSED.

═══════════

TINA KELLY v. CARTERET COUNTY BOARD OF EDUCATION, DAVID LENKER, JR., RENEE NEWMAN, JOHN WELMERS

No. 139A02

(Filed 4 October 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 149 N.C. App. 188, 560 S.E.2d 390 (2002), dismissing plaintiff's appeal from an order entered 19 January 2001 by Alford, J., in Superior Court, Carteret County. Heard in the Supreme Court 11 September 2002.

*Ralph T. Bryant, Jr., P.A., by Ralph T. Bryant, Jr., for plaintiff-appellant.*

*Kirkman, Whitford & Brady, P.A., by Neil B. Whitford, for defendant-appellees.*

*Patterson, Harkavy & Lawrence, L.L.P., by Ann Groninger, on behalf of the North Carolina Academy of Trial Lawyers, amicus curiae.*

*Tharrington Smith, L.L.P., by Ann Majestic and Lisa Lukasik, on behalf of the North Carolina School Boards Association; and the North Carolina School Boards Association, by Allison B. Schafer, General Counsel, amicus curiae.*

**GOYNIAS v. SPA HEALTH CLUBS, INC.**

[356 N.C. 290 (2002)]

PER CURIAM.

AFFIRMED.